No. 75–661. UNITED STATES *v.* ANTELOPE ET AL. C. A. 9th Cir. [Certiorari granted, 424 U. S. 907.] Motions of respondents for leave to proceed further herein *in forma pauperis* granted. Motions for appointment of counsel granted, and it is ordered that John W. Walker, Esquire, of Moscow, Idaho, serve as counsel for respondents Leonard Francis Davison and William Andrew Davison, and that

Allen V. Bowles, Esquire, of Moscow, Idaho, serve as counsel for respondent Antelope in this case.